FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV -2 AM 10: 26
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICKY LEWIS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-040 |
| | ) | |
| WILLIAM DANFORTH; Warden, | ) | |
| Telfair State Prison; FRED GAMMAGE, | ) | |
| Deputy Warden of Security, Telfair | ) | |
| State Prison; ROBERT TOOLE, | ) | |
| Field Operations Officer, Georgia | ) | |
| Department of Corrections; TERENCE | ) | |
| KILPATRICK, Unit Manager, Telfair | ) | |
| State Prison; STEVE UPTON, Classification; | ) | |
| and SGT MIXON, Sergeant of CERT team, | ) | |
| Telfair State Prison, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 22, 32.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as the opinion of the Court and **DENIES**

Plaintiff's motion for a preliminary injunction.

SO ORDERED this 2nd day of ~~October~~ Nov., 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE