IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| RICKY LEWIS WILSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 316-040 |
| WILLIAM DANFORTH, Former Warden; FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; ROBERT TOOLE, Field Operations Officer, Georgia Department of Correction; TERENCE KILPATRICK, Unit Manager, Telfair State Prison; ZACHARY MIXON, Sergeant of CERT Team, Telfair State Prison; PHILLIP HALL, Warden; and RODNEY MCCLOUD, Unit Manager, | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is Plaintiff's motion to subpoena records from the Department of Corrections. (Doc. no. 83.) In its August 8, 2017 Order, the Court granted Defendant's motion to stay discovery until resolution of Defendants' motion to dismiss. (Doc. no. 78.) Because Defendants' motion to dismiss is still pending, Plaintiff's request for a subpoena is premature. Therefore, the Court **DENIES** Plaintiff's motion for a subpoena. (Doc. no. 83.)

SO ORDERED this 4th day of October, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA