IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RICKY LEWIS WILSON, )
)
Plaintiff, )
)
v. ) CV 316-040
)
WILLIAM DANFORTH, Former Warden; )
FRED GAMMAGE, )
Deputy Warden of Security, Telfair )
State Prison; ROBERT TOOLE, )
Field Operations Officer, Georgia )
Department of Corrections; TERENCE )
KILPATRICK, Unit Manager, Telfair )
State Prison; ZACHARY MIXON, )
Sergeant of CERT Team, )
Telfair State Prison; )
PHILLIP HALL, Warden; and )
RODNEY MCCLOUD, Unit Manager, )
)
Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 82). Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES**

Plaintiff's motion for a preliminary injunction (doc. no. 64).

SO ORDERED this 11th day of October, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE