IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RICKY LEWIS WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 316-040 |
| | ) |
| WILLIAM DANFORTH, Former Warden; FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; ROBERT TOOLE, Field Operations Officer, Georgia Department of Corrections; TERENCE KILPATRICK, Unit Manager, Telfair State Prison; ZACHARY MIXON, Sergeant of CERT Team, Telfair State Prison; PHILLIP HALL, Warden; and RODNEY MCCLOUD, Unit Manager, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motions for preliminary injunctions. (Doc. nos. 138, 140.)

SO ORDERED this 13th day of February, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE