IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAY 23 PM 1:48

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| RICKY LEWIS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-040 |
| | ) | |
| WILLIAM DANFORTH, Former Warden; | ) | |
| FRED GAMMAGE, Deputy Warden of | ) | |
| Security, Telfair State Prison; ROBERT | ) | |
| TOOLE, Field Operations Officer, Georgia | ) | |
| Department of Corrections; TERENCE | ) | |
| KILPATRICK, Unit Manager, Telfair | ) | |
| State Prison; ZACHARY MIXON, | ) | |
| Sergeant of CERT Team, Telfair State | ) | |
| Prison; PHILLIP HALL, Warden; and | ) | |
| RODNEY MCCLOUD, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for attorney's fees. (Doc. no. 160.)

SO ORDERED this 23rd day of May, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE