IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICKY LEWIS WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-040 |
| | ) | |
| WILLIAM DANFORTH, Former Warden; FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; ROBERT TOOLE, Field Operations Officer, Georgia Department of Corrections; TERENCE KILPATRICK, Unit Manager, Telfair State Prison; ZACHARY MIXON, Sergeant of CERT Team, Telfair State Prison; PHILLIP HALL, Warden; and RODNEY MCCLOUD, Unit Manager, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 179.) Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgement, (doc. no. 144), **DIRECTS** the Clerk to enter final judgment in favor of

Defendants, and **CLOSES** this civil action.

SO ORDERED this 22nd day of August, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE